## Commonwealth *v.* Mazzoni, Appellant.

Argued June 14, 1969.

*James A. Ashton,* with him *Robert King Stitt, III,* and *Ashton & Stitt,* for appellant; *Carol Mary Los,* Assistant District Attorney, with her *Charles B. Watkins,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Medina, Appellant.

Argued June 12, 1969. *Mervyn R. Turk* and *R. Barclay Surrick,* Assistant Public Defenders, and *Charles J. Odgers, Jr.,* Public Defender, for appellant; *Vram Nedurian, Jr.,* Assistant District Attorney, with him *Ralph B. D'Iorio,* Assistant District Attorney, *William R. Toal, Jr.,* First Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.